**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2372**

MAJOR FORTSON, a/k/a Major Lee Fortson,

             Plaintiff - Appellant,

       v.

BENICO H. GONZALES; FANNY A. GONZALES,

             Defendants – Appellees,

       and

RANDY A. SKINNER,

             Trustee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Timothy M. Cain, District Judge. (8:12-cv-00404-TMC)

Submitted:  March 28, 2013          Decided:  April 1, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Major Fortson, Appellant Pro Se.  Benico H. Gonzales, Fanny A. Gonzales, Appellees Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Major Fortson appeals the district court's order adopting the magistrate judge's recommendation to deny Fortson's motion for judgment and to dismiss his appeal from the bankruptcy court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Fortson v. Gonzales, No. 8:12-cv-00404-TMC (D.S.C. Oct. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2